IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.                                         **CRIMINAL NO. 1:24-CR-42**
                                                          **(KLEEH)**

**STEVEN DAVID SEEGER,**

    **Defendant.**

### ORDER FOLLOWING CHANGE OF PLEA HEARING

On May 12, 2025, Defendant appeared before Magistrate Judge Aloi for a change of plea hearing, during which Defendant entered a verbal plea of guilty to the felony charges contained in Count One and Four of the Indictment.

Accordingly, for reasons appearing to the Court, the jury trial and all other pretrial deadlines are hereby **GENERALLY CONTINUED**. All pending motions are hereby **TERMINATED**.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: May 13, 2025

*/s/ Thomas S. Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA